1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES A. DOHERTY, | ) NO. CV 11-05690 PSG (SS) |
| Petitioner, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS,** |
| | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| ELVIN VALENZUELA, Acting Warden, | ) **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall be
2 entered dismissing this action with prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on counsel for Respondent and on Petitioner at his
6 current address of record.
7
8 **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: May 7, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE