**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES A. DOHERTY,                    )<br>                                      )<br>          Petitioner,                )<br>                                      )<br>     v.                              )<br>                                      )<br>ELVIN VALENZUELA, Acting Warden,      )<br>                                      )<br>          Respondent.                )<br>_____) | NO. CV 11-05690 PSG (SS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 7, 2013

                                            _____
                                            PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE